STATE EX REL. Eddie WILSON
aka Edward Wilson

v.

STATE of Louisiana

NO. 2015-KH-1681

Supreme Court of Louisiana.

October 10, 2016

Applying For Supervisory and/or Remedial Writs, Parish of Jefferson, 24th Judicial District Court Div. J, No. 13-2934; to the Court of Appeal, Fifth Circuit, No. 15-KH-503;

⌐Denied.

STATE of Louisiana

v.

Charles FERGUSON

State of Louisiana

v.

Alonzo Horton

State of Louisiana

v.

Alonzo Horton, et al.

NO. 2015-K-1801

Supreme Court of Louisiana.

October 10, 2016

Applying For Rehearing of this court's action dated October 14, 2015, Parish of Orleans, Criminal District Court Div. H, No. 514-700; to the Court of Appeal,

Fourth Circuit, No. 2014-KA-1305 C/W 2014-K-1321 C/W 2014-K-1334

⌐Denied.

STATE of Louisiana

v.

Ronnie Lynn JONES

NO. 2015-KO-1820

Supreme Court of Louisiana.

October 10, 2016

Applying For Writ of Certiorari and/or Review, Parish of E. Baton Rouge, 19th Judicial District Court Div. B, No. 01-12-0621; to the Court of Appeal, First Circuit, No. 2015 KA 0202

⌐Denied.